**EXHIBIT E**

Plaintiff's online listing



http://www.giftofrecovery.com/triplate/



http://www.giftofrecovery.com/crystallized/?sort=featured&page=2

Defendants' online listing

#A21 AA Medallion Glow in Dark AA Coin (Years 1-50
$18.95

#A22 AA Coin Glow in Dark Pink Glitter (Years 1-50)
$18.95

#A23- AA 24 Hr OR 30 Day OR 90 Day
$17.95

#A24 AA 6 Month OR 18 Month Coin.
$17.95

   

#A25 AA Medallion Glitter Pink (Yrs 1-50)
$17.95

#A26 AA Medallion Glitter Lavender (Yrs 1-50)
$17.95

#A27 AA Medallion Glitter Turquoise (Yrs 1-50)
$17.95

#A28 AA Medallion White/Lavender Coin (Years 1-50)
$17.95

   

#A29 AA Medallion Pink/Purple AA Coin (Years 1-50)
$17.95

#A30 AA Medallion Lavender AA Coin (Years 1-50)
$17.95

#A31 AA Medallion Turquoise AA Coin (Years 1-50)
$17.95

#A32 AA Medallions Purple / Gold (Years 1-50)
$17.95

https://www.choicesgifts.com/collections/aa-medallions-aa-coins



#A09 AA Swarovski Bling Green Coin (Years 1-50)
$ 24.95



#A10 AA Swarovski Bling Green Coin (Years 1-50)
$ 24.95



#A11 AA Swarovski Bling Green Transition Coin (Years 1-50)
$ 24.95



#A12 AA Swarovski Bling Glitter Turquoise Coin Yrs 1-50)
$ 24.95



#A13 AA Swarovski Bling LGBT Chakra Rainbow (Years 1-50)
$ 24.95



#A15a AA Swarovski Bling Black Transition Coin (Years 1-65)
$ 24.95



#A15b AA Swarovski Bling Black Volcano Crystals Coin (Years 1-65)
$ 24.95



#A16 AA Swarovski Bling Black Medallion (Years 1-65)
$ 24.95



#A17 AA Swarovski Bling Red Medallion (Years 1-50)
$ 24.95



#A18 AA Swarovski Bling LGBT Chakra Rainbow Blue (Years 1-50)



#A19 AA Swarovski Bling LGBT Chakra Rainbow White (Years 1-50)



#A20 AA Swarovski Bling LGBT Chakra Rainbow Pink (Years 1-50)

https://www.choicesgifts.com/collections/aa-medallions-aa-coins

**EXHIBIT F**

# AA Medallions AA Coins!

**Any questions, please call us (212) 794-3858**

AA medallions and coins are great gift items to celebrate milestones in recovery. Whether you have one day, one month or one year, we have a beautiful custom made coin to celebrate. We offer aluminum, bronze, tri-plate, tri-colored enamel coins, as well as sterling silver. No matter what the occasion, an AA medallion is the best gift. Many people pass them around in their home group, for all fellows to bless the coin, for you to then carry in your pocket or bag.

Medallions serve as a personal memento, a daily reminder of sobriety, and have been used by the earliest founders of AA, including Clarence H. Snyder, who carried his coin for 46 years, until his passing.

Each medallion is unique and special, as fellows, friends, and family, often bless it, as a sign of support, for you to carry their well wishes in your pocket. We hope that anytime you need support around your recovery, the medallion is there to remind you that you are not alone on your recovery path.

   

#A01 AA Swarovski Bling Glitter Pink Medallion (Yrs 1-50) $ 24.95
#A02 AA Swarovski Bling Lavender Coin (Years 1-50) $ 24.95
#A03 AA Swarovski Bling Glitter Lavender Coin (Years 1-50) $ 24.95
#A04 AA Swarovski Bling Purple Transition (Yrs 1-50) $ 24.95

   

#A05 AA Swarovski Bling Blue Coin (Years 1-50) $ 24.95
#A06 AA Swarovski Bling Blue n Blue Coin (Years 1-50) $ 24.95
#A07 AA Swarovski Bling Blue Transition Coin (Years 1-50) $ 24.95
#A08 AA Swarovski Bling Purple Coin (Years 1-50) $ 24.95

   

#A09 AA Swarovski Bling Green Coin (Years 1-50) $ 24.95
#A10 AA Swarovski Bling Green Coin (Years 1-50) $ 24.95
#A11 AA Swarovski Bling Green Transition Coin (Years 1-50) $ 24.95
#A12 AA Swarovski Bling Glitter Turquoise Coin Yrs 1-50) $ 24.95

   

#A13 AA Swarovski Bling LGBT Chakra Rainbow (Years 1-50) $ 24.95
#A15a AA Swarovski Bling Black Transition Coin (Years 1-65) $ 24.95
#A15b AA Swarovski Bling Black Volcano Crystals Coin (Years 1-65) $ 24.95
#A16 AA Swarovski Bling Black Medallion (Years 1-65) $ 24.95

   

#A17 AA Swarovski Bling Red Medallion (Years 1-50) $ 24.95
#A18 AA Swarovski Bling LGBT Chakra Rainbow Blue (Years 1-50) $ 24.95
#A19 AA Swarovski Bling LGBT Chakra Rainbow White (Years 1-50) $ 24.95
#A20 AA Swarovski Bling LGBT Chakra Rainbow Pink (Years 1-50) $ 24.95

   

#A21 AA Medallion Glow in Dark AA Coin (Years 1-50 $ 18.95
#A22 AA Coin Glow in Dark Pink Glitter (Years 1-50) $ 18.95
#A23- AA 24 Hr OR 30 Day OR 90 Day $ 17.95
#A24 AA 6 Month OR 18 Month Coin. $ 17.95

   

#A25 AA Medallion Glitter Pink (Yrs 1-50) $ 17.95
#A26 AA Medallion Glitter Lavender (Yrs 1-50) $ 17.95
#A27 AA Medallion Glitter Turquoise (Yrs 1-50) $ 17.95
#A28 AA Medallion White/Lavender Coin (Years 1-50) $ 17.95

   

#A29 AA Medallion Pink/Purple AA Coin (Years 1-50) $ 17.95
#A30 AA Medallion Lavender AA Coin (Years 1-50) $ 17.95
#A31 AA Medallion Turquoise AA Coin (Years 1-50) $ 17.95
#A32 AA Medallions Purple / Gold (Years 1-50) $ 17.95

   

#A33 AA Medallion White/Red AA Coin (Years 1-65) $ 17.95
#A34 AA Swarovski Crystals White Bling Coin (Years 1-10) $ 24.95
#A35 AA Medallion Sterling Silver AA Coin (Years 1-50) $ 59.95  $ 49.95
#A36 AA Medallion 24KT Gold Plated AA Coin (Years 1-50) $ 17.95

   

#A37 AA Medallion Red/Silver AA Coin (Years 1-50) $ 17.95
#A38 AA Medallion Black Red AA Coin (Years 1-65 $ 17.95
#A39 AA Coin Black / Black (Years 1-50) $ 17.95
#A40 AA Medallion Black/ Gold (Years 1-50) $ 17.95

1  2  →

**Case 1:17-cv-09787-GBD   Document 1-5   Filed 08/16/17   Page 8 of 8**



# NA Medallions

Home > NA Medallions

## NA Medallions

**Any questions, please call us (212) 794-3858**

We carry a large variety of custom tri-color, bronze, and aluminum recovery, 12 step anniversary and inspirational medallions. Our best sellers are our yearly tri-color medallions celebrating NA sobriety milestones, offered in years 1 through 60.

Medallions serve as a personal memento, a daily reminder of sobriety, and have been used by the earliest founders of AA, including Clarence H. Snyder, who carried his coin for 46 years, until his passing.

We also carry general recovery and inspirational medallions with special prayers, well wishes and popular recovery slogans. Each medallion is unique and special, as fellows, friends, and family, often bless it, as a sign of support, for you to carry their well wishes in your pocket. We hope that anytime you need support around your recovery, the medallion is there to remind you that you are not alone on your recovery path.

Sort by  Featured

   

#N001a. NA Swarovski Bling Glitter Pink Coin (Yrs 1-40).
$ 24.95

#N001b. NA Bling Glitter Lavender Coin (Yrs 1-40).
$ 24.95

#N001c. NA Swarovski Bling Glitter Turquoise Coin (Yrs 1-40).
$ 24.95

#N001d. Swarovski Bling Red Coin (Yrs 1-40).
$ 24.95

   

#N01. NA Medallion GLOW n DARK Pink Coin (Yrs 1-40)
$ 18.95

#N02. NA Medallion GLOW in the DARK Coin (Yrs 1-40).
$ 18.95

#N03. NA Medallion White/Red NA Coin (Yrs 1-40).
$ 17.95

#N04. NA Medallion White/Lavender NA Coin (Yrs 1-40).
$ 17.95

   

#N05. NA Medallion Glitter Turquoise Coin (Yrs 1-40)
$ 17.95

#N06. NA Medallion Glitter Pink NA Coin (Yrs 1-40).
$ 17.95

#N07. NA Medallion Glitter Lavender Coin (Yrs 1-40
$ 17.95

#N08. NA Medallion NEW Red Coin (Yrs 1-40).
$ 17.95

   

#N09. NA Medallion Turquoise NA Coin (Yrs 1-40). #N09
$ 17.95

#N10. NA Medallion Pink NA Coin (Yrs 1-40).
$ 17.95

#N11. NA Medallion Lavender NA Coin (Yrs 1-40).
$ 17.95

#N12. NA Medallion Dark Purple Coin (Yrs 1-40)
$ 17.95

   

#N13. NA Out of Ashes NA Coin (Yrs 1-40).
$ 17.95

#N15. NA Medallion Black NA Coin (Yrs 1-40).
$ 17.95

#N16. NA Medallion Black/Red NA Coin (Yrs 1-40).
$ 17.95

#N17. NA Medallion Blue NA Coin (Yrs 1-40).
$ 17.95

   

#N18. NA Medallion Green NA Coin (Yrs 1-40).
$ 17.95

#N19 NA Medallion 24KT Gold Plated NA Coin (Yrs 1-40).
$ 17.95

#N20. NA Medallion Bronze NA Coin (Yrs 1-65)
$ 6.00

#Z21 Discover the Goddess NA Medallion, NA Coin.
$ 17.95

  

#Z13a NA Out of the Ashes Phoenix Medallion
$ 17.95

#Z06 LGBT Recovery Medallion Rainbow
$ 17.95

#Z12 Grateful I'm Not Dead Recovery Medallion
$ 17.95

**https://www.choicesgifts.com/collections/aa-medallions-aa-coins**